# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-3170-JWH (KS)                    Date: June 14, 2021

Title   _Preciliano Tomas Chavez v. Twin Towers Facility_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 9, 2021, Plaintiff, who is incarcerated at Wasco State Prison, filed a civil rights complaint (the "Complaint") pursuant to 42 U.S.C. § 1983 (Dkt. No. 1) and an application (the "Application") to proceed without prepayment of the filing fees (*i.e.*, "IFP" or *in forma pauperis*) (Dkt. No. 2).  On April 21, 2021, United States District Judge John W. Holcomb denied the Application because Plaintiff failed to provide a signed certificate of an authorized officer.  (Dkt. No. 4.)  Judge Holcomb ordered Plaintiff to file, within 30 days, a new IFP application and complaint with the Certified Trust Account Statement and Disbursement Authorization.  (Dkt. No. 4.)  The Order stated that "[i]f plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED."  (*Id.*)

More than three weeks have now passed since Plaintiff's May 20, 2021 deadline for filing a new IFP application, and Plaintiff has not filed a new IFP application with the Court.  Accordingly, the case is now subject to dismissal for failure to comply with court orders and failure to either pay the filing fee or file a complete application to proceed IFP.  In lieu of immediate dismissal, however, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than July 6, 2021, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $402 filing fee in full; or (2) file a complete IFP application, with a signed certificate of an authorized officer and, *inter alia, a* Certified Trust Account Statement on or before the July 6, 2021 deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 21-3170-JWH (KS)                    Date: June 14, 2021

Title        _Preciliano Tomas Chavez v. Twin Towers Facility_


       **Plaintiff's failure to timely comply with this Order will result in the dismissal of his case.**

       **IT IS SO ORDERED**.

                                                                     :

                  **Initials of Preparer**    gr