JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECILIANO TOMAS CHAIDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWIN TOWERS FACILITY,<br><br>　　　　Defendant. | NO. CV 21-3170 JWH (KS)<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

1

On April 9, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint alleging cruel and unusual punishment based on his being housed "in an unsanitary housing unit." (Dkt. No. 1.) Plaintiff did not pay the filing fee but he did submit a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.)

On April 21, 2021, the Court denied Plaintiff's IFP request on the ground that he failed to provide a signed certificate of an authorized officer. Plaintiff was given leave to amend and resubmit his IFP request within 30 days (May 21, 2021). The Court expressly warned Plaintiff that his failure to submit the amended IFP request within 30 days would lead to the dismissal of this action. (Dkt. No. 4.)

On June 14, 2021, more than three weeks after Plaintiff's May 21 deadline to resubmit his IFP application, the Court ordered Plaintiff to show cause ("OSC"), no later than July 6, 2021, why the action should not be dismissed for Plaintiff's failure to either pay the filing fee or file a complete application to proceed IFP. (Dkt. No. 6.) The Court directed the Clerk to send Plaintiff a copy of the Central District's form for making IFP requests, and expressly advised Plaintiff that he could discharge the OSC and proceed with his case by either paying the filing fee in full, or by completing an IFP application with a signed certificate of an authorized officer and, among other things, a Certified Trust Account Statement on or before the July 6, 2021 deadline. (*Id.*) The Court warned Plaintiff that his "failure to timely comply with this Order will result in the dismissal of his case." (*Id.*)

On June 30, 2021, Plaintiff submitted a letter to the Clerk confirming receipt of the Court's OSC and stating that he was "very well aware" of the July 6, 2021, deadline and that he would "notify the Court immediately" if there was any institutional delay that required more time. (Dkt. No. 9.) On July 15, 2021, the Court granted Plaintiff's request for an extension of time. The Court ordered that the extended deadline was August 5, 2021. (Dkt. Nos. 10 & 11.) The Court again warned

Plaintiff that his "failure to timely comply with this Order will result in the dismissal of his case." (Dkt. No. 11.)

On July 29, 2021, the Court granted another request by Plaintiff for additional time to refile his IFP application. The new deadline, as ordered by the Court, was September 20, 2021. (Dkt. No. 14.) The Court also advised Plaintiff as follows: "Plaintiff has now received nearly five months to obtain authorization to proceed IFP. Accordingly, the Court does not anticipate granting any further extensions in the absence of extraordinary circumstances supported by competent evidence." (*Id.*)

On August 23, 2021, Plaintiff submitted a change of address with the Court. (Dkt. No. 15.) He did not pay the filing fee or submit his IFP application. The change of address was his most recent contact with the Court.

More than three weeks have passed since Plaintiff's extended September 20, 2021, deadline. To date, Plaintiff has neither paid the filing fee nor refiled a complete application to proceed IFP despite multiple Court orders and nearly six months to do so. In light of the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: October 14, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

3